

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00267-CR

John Marshall **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 00-0495-CR
Honorable Gus J. Strauss, Jr., Judge Presiding

# O R D E R

The clerk's record, which was filed in this appeal on April 29, 2019, does not contain a trial court's certification of the defendant's right of appeal, pursuant to TEX. R. APP. P. 25.2(d). It is therefore ORDERED that the trial court cause the trial court clerk to file a supplemental clerk's record containing a certification within twenty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court